1048

[No. 54685-6-I. Division One. December 19, 2005.]

WARTENBURG TRUST, *Respondent*, v. JERRY R. ELROD ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-00744-1, David A. Nichols, J., entered July 28, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Coleman and Agid, JJ.

[No. 54802-6-I. Division One. December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEPVONG JEFF KAEODALA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-06974-1, Paris K. Kallas, J., entered August 10, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J., and Coleman, J.

[No. 54841-7-I. Division One. December 19, 2005.]

FIDELITY MORTGAGE CORPORATION, *Appellant*, v. SEATTLE TIMES COMPANY ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 02-2-34755-0, Charles W. Mertel, J., entered April 23, July 30, and August 23, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Ellington, JJ. Now published at 131 Wn. App. 462.

[No. 55152-3-I. Division One. December 19, 2005.]

JANIS M. DYER, *Respondent*, v. ALLSTATE INSURANCE COMPANY, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 03-2-20371-8, Carol A. Schapira, J., entered September 10 and October 6 and 19, 2004. *Reversed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Schindler, JJ.